UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tracy Fjeldberg and<br>Michelle Fjeldberg,<br>Plaintiffs,<br><br>v.<br><br>GC Services Limited Partnership, and<br>John Doe 1 (aka "Paul"), and<br>John Doe 2 (aka "Rodney"), and<br>John Doe 3 (aka "Corey"),<br>Defendants. | Court File No. 11-CV-00864 (JRT/SER) |

## Notice of Voluntary Dismissal with Prejudice

The Plaintiffs in the above-entitled action voluntarily dismiss this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

HEANEY LAW FIRM, LLC

Date:  **April 28, 2011**

s/ Mark L. Heaney
Mark L. Heaney, Esq.
Attorney I.D. #0333219
13911 Ridgedale Drive, Suite 110
Minnetonka, Minnesota 55305-1773
Telephone: (952) 933-9655
Facsimile:  (952) 544-1308
Email: mark@heaneylaw.com
*Attorney for Plaintiff*